No. 73–6566. PROFFITT *v.* TUCKER, CLERK, U. S. COURT OF APPEALS, ET AL.; and

No. 73–6597. CARTER *v.* ESTELLE, CORRECTIONS DIRECTOR, ET AL. Motions for leave to file petitions for writs of habeas corpus and other relief denied.

No. 73–6524. CARTER *v.* UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT;

No. 73–6608. REIERSON *v.* PROCUNIER, CORRECTIONS DIRECTOR, ET AL.; and

No. 73–6619. HUNTER *v.* APPELLATE COURT OF ILLINOIS, FIRST DISTRICT, FOURTH DIVISION, ET AL. Motions for leave to file petitions for writs of mandamus denied.

No. 73–6277. CASTLE *v.* UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT. Motion for leave to file petition for writ of mandamus denied. MR. JUSTICE DOUGLAS would grant the motion.

No. 73–6613. PARKER *v.* UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT. Motion for leave to file petition for writ of mandamus denied. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.

No. 73–717. ANTOINE ET UX. *v.* WASHINGTON. Appeal from Sup. Ct. Wash. Probable jurisdiction noted.

No. 73–1595. COLONIAL PIPELINE CO. *v.* AGERTON, COLLECTOR OF REVENUE OF LOUISIANA. Appeal from Sup. Ct. La. Probable jurisdiction noted.

No. 73–1697. STANDARD PRESSED STEEL CO. *v.* DEPARTMENT OF REVENUE OF WASHINGTON. Appeal from Ct. App. Wash. Probable jurisdiction noted.